Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MARCO T. FLORES
SYLVIA R. FLORES

Debtor(s)

Case No: 07-40777 WJL 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1.92 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 07-40777 WJL13 | HFC<br>PO BOX 60175<br>CITY OF INDUSTRY, CA 91716 | $ 10.00 | $ 1.92 |
| | Total Unclaimed Dividends | | $ 1.92 |

Dated: September 20, 2011

Martha G. Bronitsky, Chapter 13 Trustee